UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-1993

MELVIN H. TEPHABOCK,

Petitioner,

versus

LAUREL RUN MINING COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(99-486-BLA)

Submitted: February 23, 2001       Decided: March 13, 2001

Before WIDENER, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Hook, Waynesburg, Pennsylvania, for Petitioner.  William S.
Mattingly, JACKSON & KELLY, P.L.L.C., Morgantown, West Virginia;
Henry L. Solano, Solicitor of Labor, Donald S. Shire, Associate
Solicitor, Christian P. Barber, Counsel for Appellate Litigation,
Sarah M. Hurley, UNITED STATES DEPARTMENT OF LABOR, Washington,
D.C., for Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin H. Tephabock seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Tephabock v. Laurel Run Mining Co., No. 99-480-BLA (BRB June 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

2